March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

    -v-

DEQUAN HOOD,

    Defendant(s).

----------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___)(___)
20mj10966

Defendant __DEQUAN HOOD__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [X] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Dequan Hood**
Print Defendant's Name

*Amy Lester* (Digitally signed by Amy Lester, Date: 2020.11.02 09:01:25 -05'00')
Defense Counsel's Signature

**Amy Lester**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/2/2020
Date

_/s/ Stuart D. Aaron_
U.S. Magistrate Judge